

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-82,101-01

**EX PARTE ALEX RAYMOND SANCHEZ, Applicant**

ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. 1291687-A IN THE 180TH DISTRICT COURT
FROM HARRIS COUNTY

**YEARY, J., filed a dissenting opinion.**

**DISSENTING OPINION**

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED:
DO NOT PUBLISH